UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMENA JENEEN RAWLS,

                   Plaintiff,               CASE NUMBER: 09-13924
                                           HONORABLE VICTORIA A. ROBERTS
                                           Magistrate Judge Michael Hluchaniuk

v.

GARDEN CITY HOSPITAL,

                   Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S**
**REPORT AND RECOMMENDATION**

On October 5, 2009, Plaintiff Tomena Rawls filed suit against her former employer, Defendant Garden City Hospital, alleging employment discrimination under Title VII and the Elliot-Larsen Civil Rights Act, and intentional infliction of emotional distress.  (Doc. # 6).  The Court referred the case to Magistrate Judge Michael Hluchaniuk for all pretrial proceedings.  (Doc. # 11).

On August 15, 2011, Defendant filed a motion for summary judgment.  (Doc. # 24).  The Magistrate held a hearing on the motion and on February 16, 2012 he issued a Report and Recommendation ("R & R").  The Magistrate recommends that the Court grant Defendant's motion for summary judgment; he concludes that there are no genuine issues as to any material fact in dispute and Defendant is entitled to judgment as a matter of law under Fed. R. Civ. P. 56(c).  (Doc. # 33).

Under Fed. R. Civ. P. 72(b), a party must file objections to a Magistrate's R & R within fourteen (14) days after being served with a copy of the R & R.  The district court

1

must then review *de novo* any part of the Magistrate's recommendation that is properly objected to.  FED. R. CIV. P 72(b)(3).

The time for filing objections to the R & R has passed; neither party objected. Accordingly, the Court **ADOPTS** the R & R and **GRANTS** summary judgment to Defendant on Plaintiff's claims.  *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) (a district court need not review a magistrate judge's recommended disposition when no objections to that recommendation are filed).

**IT IS ORDERED**.

S/Victoria A. Roberts                              
Victoria A. Roberts
United States District Judge

Dated:  March 9, 2012

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 9, 2012.

s/Carol A. Pinegar                        
Deputy Clerk

2