UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMENA JENEEN RAWLS,

        Plaintiff,                CASE NUMBER: 09-13924
                                               HONORABLE VICTORIA A. ROBERTS
                                               Magistrate Judge Michael Hluchaniuk

v.

GARDEN CITY HOSPITAL,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

On October 5, 2009, Plaintiff Tomena Rawls filed suit against her former employer, Defendant Garden City Hospital, alleging employment discrimination under Title VII and the Elliot-Larsen Civil Rights Act, and intentional infliction of emotional distress. (Doc. # 6). The Court referred the case to Magistrate Judge Michael Hluchaniuk for all pretrial proceedings. (Doc. # 11).

On August 15, 2011, Defendant filed a motion for summary judgment. (Doc. # 24). The Magistrate held a hearing on the motion and on February 16, 2012 he issued a Report and Recommendation ("R & R"). The Magistrate recommends that the Court grant Defendant's motion for summary judgment; he concludes that there are no genuine issues as to any material fact in dispute and Defendant is entitled to judgment as a matter of law under Fed. R. Civ. P. 56(c). (Doc. # 33).

Under Fed. R. Civ. P. 72(b), a party must file objections to a Magistrate's R & R within fourteen (14) days after being served with a copy of the R & R. The district court

1

must then review *de novo* any part of the Magistrate's recommendation that is properly objected to.  FED. R. CIV. P 72(b)(3).

The time for filing objections to the R & R has passed; neither party objected. Accordingly, the Court **ADOPTS** the R & R and **GRANTS** summary judgment to Defendant on Plaintiff's claims.  *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) (a district court need not review a magistrate judge's recommended disposition when no objections to that recommendation are filed).

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  March 9, 2012

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 9, 2012.

s/Carol A. Pinegar
Deputy Clerk